UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY GRIFFITH, JONATHAN
BLOCHER and ANNETTE RODRIGUEZ,

    Plaintiffs,

v.                                                         Case No: 8:14-cv-3213-T-35JSS

LANDRY'S, INC. and CHLN, INC.,

    Defendants.
_____/

## ORDER ON MOTION FOR EXTENSION OF TIME

      THIS MATTER is before the Court on Defendants' Motion for Extension of Time to Serve Amended Discovery Responses and to Produce Documents ("Motion") (Dkt. 54) and Plaintiffs' Response in Opposition (Dkt. 55.)  In its Motion, Defendants seek to extend the deadline to serve amended discovery responses and produce documents as ordered by the Court in its Order dated October 9, 2015.  (Dkt. 46.)

      On October 9, 2015, after a hearing was held, the Court entered an Order granting in part and denying in part Plaintiffs' Motion to Compel Responses to First Requests for Production of Documents and First Set of Interrogatories.  (Dkt. 46.)  In its Order, the Court ordered Defendants to provide amended discovery responses, produce responsive documents, and amend their privilege log by October 20, 2015. (Dkt 46.)  On October 20, 2015, Defendants filed the instant Motion, in which they contend that, despite their best efforts, they are unable to complete their search for responsive data by the deadline prescribed and, as such, seek an extension of time until October 30, 2015, to comply with the Court's Order.  In response, Plaintiffs contend that the extension sought by Defendants will prejudice Plaintiffs by precluding them from adequately preparing a reply in support of their Motion for Leave to Amend Complaint, which is due on

October 26, 2015, as the discovery responses and production of documents are necessary to support Plaintiffs' contentions.

Under Federal Rule of Civil Procedure 6(b), the court may, for good cause, extend the time for when an act must be done within a specific time if a request is made before the original time expires. Fed. R. Civ. P. 6(b)(1)(A). In light of Defendants' representations that additional time is needed to produce responsive documents and discovery responses, the Court finds good cause to extend the deadline by which Defendants must comply with the Court's Order dated October 9, 2015. (Dkt. 46.) Accordingly, it is

**ORDERED**

1. Defendants' Motion for Extension of Time to Serve Amended Discovery Responses and to Produce Documents (Dkt. 54) is **GRANTED**.

2. Defendants must provide amended discovery responses and produce responsive documents by October 25, 2015.

**DONE** and **ORDERED** in Tampa, Florida on October 23, 2015.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record