**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JONATHAN BLOCHER, on behalf of themselves and all others similarly situated and JOSEPH LEVI, on behalf of themselves and all others similarly situated,**

    **Plaintiffs,**

v.                                                                         Case No: 8:14-cv-3213-T-35JSS

**LANDRY'S, INC., CHLN, INC., LANDRY'S MANAGEMENT, L.P., and LANDRY'S SEAFOOD HOUSE-FLORIDA, INC. D/B/A CHART HOUSE F/K/A LANDRY'S SEAFOOD HOUSE,**

    **Defendants.**

## ORDER

**THIS CAUSE** comes before the Court for consideration of matters raised during a status conference held on Tuesday, July 31, 2018. For the reasons stated on the record during the conference, and upon consideration of all relevant filings, case law, and being otherwise fully advised, the Court hereby **ORDERS** as follows:

1. Plaintiffs Jeffrey Griffith's and Annette Rodriguez's Motion for Award of Attorneys' Fees, Costs, and Expenses, (Dkt. 143), is **DENIED WITHOUT PREJUDICE**, and the Court declines to adopt the Report and Recommendation, (Dkt. 169), at this time.

2. Defendant Landry's Management, L.P.'s Partial Motion to Dismiss, (Dkt. 297), is **DENIED AS MOOT**.

3. Defendants Landry's, Inc.'s and CHLN, Inc.'s Motion for Decertification, (Dkt. 298), is **DENIED**.

4. Plaintiffs' Motion to Dismiss Counterclaims for Unjust Enrichment and Breach of Contract and Affirmative Defense of Set-Off and to Strike Defendants' Request for a Jury Trial, (Dkt. 300), is **GRANTED IN PART and DENIED IN PART**. The Motion to Dismiss Counterclaims is **DENIED**; the Motion to Strike Defendants' Affirmative Defense for a Set-Off is **GRANTED**; and the Motion to Strike Defendants' demand for jury trial is **TAKEN UNDER ADVISEMENT**.

5. Defendants Landry's Seafood House-Florida, Inc. and Landry's Management, L.P.'s Motion to Compel Arbitration, (Dkt. 319), is **DENIED AS MOOT**.

6. Defendants CHLN, Inc.'s, and Landry's, Inc.'s Motion to Compel Arbitration, (Dkt. 322), is **GRANTED**. The statute of limitations is tolled from July 31, 2018, the date of the hearing, to ninety (90) days after the notice of exclusion from the class is mailed to the 319 class members subject to the arbitration agreements. Said notice shall be submitted to the Court for approval within thirty (30) days of the date of the hearing. On stipulation of the Parties, the remaining members of the certified class are not subject to arbitration, even if they have signed an arbitration agreement.

7. Plaintiffs' Motion for Partial Summary Judgment on Defendant Landry's, Inc.'s Status as an Employer, (Dkt. 325), is **GRANTED**. The Parties are **DIRECTED** to submit a memorandum to the Court on or before **Tuesday, August 7, 2018**

regarding the Parties' positions on the reinstatement of the First Amended Complaint or proceeding with the second amended complaint upon dismissal of Landry's Seafood House-Florida, Inc. and Landry's Management, L.P.  The memoranda shall not exceed ten (10) pages.  Defendants seem to have an objection to Plaintiff Joseph Levi's serving as one of the class representatives. Any remaining challenge to Mr. Levi's serving as an additional class representative shall be filed on or before **Thursday, August 16, 0218.** Plaintiffs shall file an expedited response on or before **Thursday, August 23, 2018.**

8. Plaintiffs' Motion for Bifurcation of Joint Employment Issue and Merits, (Dkt. 326), is **DENIED AS MOOT**.

9. Motion for Entry of an Amended Scheduling Order by Landry's, Inc. and CHLN, Inc., (Dkt. 332), is **GRANTED** to the extent that the case is specially set for trial starting October 15, 2018.  The Court has set aside eight (8) days for this trial and will file a scheduling order separately.

10. Motion for Entry of an Amended Scheduling Order by Landry's Seafood House-Florida, Inc. and Landry's Management, L.P., (Dkt. 333), is **DENIED AS MOOT**.

11. Defendants Landry's Seafood House-Florida, Inc. and Landry's Management, L.P.'s Motion for a Stay of All Proceedings Pending the Court's Ruling on their Motion to Compel Arbitration, (Dkt. 337), is **DENIED AS MOOT**.

12. Plaintiffs' Motion for Clarification of April 26, 2018 Order Setting June 12, 2018 Hearing, (Dkt. 347), is **DENIED AS MOOT**.

13. The Parties are **DIRECTED** to mediate before a court-appointed mediator that will be selected. The Court will notify the Parties of the mediation deadline and the mediator by separate order.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of August, 2018.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person